**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KIONTAE LAWAYNE PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-26-2588-HE |
| | ) | |
| DONALD THURMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On September 29, 2026, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation, recommending this action be transferred to the United States District Court for the Eastern District of Oklahoma. He advised plaintiff of the right to file an objection to the Report and Recommendation by October 16, 2026, and the consequences for failure to make a timely objection.

Plaintiff has not filed an objection. The right to appellate review of the Report and Recommendation is therefore waived. *See* Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

The Report and Recommendation [Doc. #6] is **ADOPTED**. This action is **TRANSFERRED** to the United States District Court for the Eastern District of Oklahoma.

**IT IS SO ORDERED**.

Dated this 21st day of October, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE